UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01829-MRA-AYP | Date | April 15, 2026 |
| Title | *Sin Hoong v. J. Johnson et al.* | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Melissa H. Kunig | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [3]**

On April 13, 2026, Petitioner Sin Hoong ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, ECF 1, and a "Response to Respondents' Request to Amend the Petitioner's Temporary Restraining Order," ECF 2, which the Court construes as an application for a Temporary Restraining Order ("TRO"). Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") and seeks a TRO ordering Respondents to show cause why the Petition should not be granted, enjoining Respondents from transferring Petitioner outside the jurisdiction of the Central District of California, and declaring that Petitioner's ongoing detention violates the Due Process Clause of the Fifth Amendment. ECF 3 at 4.

The Court issued General Order No. 26-05 to facilitate the expedited resolution of the influx of petitions for writs of habeas corpus filed by those in immigration detention. ECF 5. Pursuant to Section 2 of the General Order, the Court set a briefing schedule for the Petition: Respondents' answer is due by April 21, 2026, and Petitioner's reply is due no later than 14 days after the answer is served. *Id.* In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Consistent with Section 3 of the General Order, the Court will deny any renewed motion that fails to provide a specific showing that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Accordingly, Petitioner's TRO Application is **DENIED** without prejudice**.** The Court **ORDERS** Respondents to personally serve this Order on Petitioner within **24 hours** of this Order. Proof of service shall be filed no later than **April 20, 2026**. Proceedings on the merits of Petitioner's underlying Petition will continue before the Magistrate Judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01829-MRA-AYP | Date | April 15, 2026 |
| Title | *Sin Hoong v. J. Johnson et al.* | | |

**IT IS SO ORDERED.**

- : -

Initials of Deputy Clerk mku