JS - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIN HOONG,<br><br>            Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>            Respondents. | Case No. 5:26-cv-01829-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 29, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE